JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBIN ANDERSON, | ) | Case No. CV 14-368 DSF (MANx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CRST INTERNATIONAL, INC., an Iowa corporation; CRST VAN EXPEDITED, INC., an Iowa Corporation, ERIC VEGTEL, an individual, and DOES 1 through 10 inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

The Court having granted summary judgment in favor of defendants,

IT IS ORDERED AND ADJUDGED that plaintiff take nothing, that this action be dismissed with prejudice, and that the defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____  4/1/15

_____
Dale S. Fischer
United States District Judge