UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>CRST INTERNATIONAL, INC., an Iowa corporation; CRST VAN EXPEDITED, INC., an Iowa corporation, ERIC VEGTEL, an individual, and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 5:14-cv-00368-DSF-MAN<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 68, judgment is entered against Defendants, CRST International, Inc. and CRST Expedited, Inc. in favor of Plaintiff, individually, on the Title VII Claims only, for a total of $40,000, plus reasonable costs (including attorney fees) incurred by Plaintiff in the pursuit of the Title VII claims prior to May 8, 2018, in an amount to be determined. Judgment on the California Claims is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: 5/29/18

Honorable Dale S. Fischer
United States District Court