# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANDERSON,<br><br>    Plaintiff,<br>vs.<br><br>CRST INTERNATIONAL, INC., An Iowa corporation; CRST VAN EXPEDITED, Inc., an Iowa Corporation, ERIC VEGTEL, an individual, and DOES 1 through 10 inclusive<br><br>    Defendants. | **NO: EDCV 14-368-DSF (MANx)**<br><br>**ORDER AWARDING PLAINTIFF ATTORNEY FEES AND COSTS** |

1 | The parties having agreed and stipulated to reduce Plaintiff's attorney fees and
2 | costs THREE HUNDRED AND THIRTY-SIX THOUSAND DOLLARS AND NO
3 | CENTS ($336,000.00),
4 | It is ORDERED that Plaintiff be awarded the amount of $336,000.00 in
5 | attorney fees and costs.

Date: April 1, 2019

*Dale S. Fischer*
———————————————
Dale S. Fischer
United States District Judge